THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CAROL MEADE, True Name CARROL MEADE, Appellant.—

No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS SCHNEIDER, Appellant. —

No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS YACENDA, Appellant. —

No opinion. Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ.

DOROTHY E. RAYNOR, Appellant, v. CLIFTON E. RAYNOR, Respondent. —

Defendant's remarriage, with its attendant additional obligations, is not such a change in circumstances as to justify a reduction of the amount of alimony. (*Goldberg* v. *Goldberg*, 265 App. Div. 946; *Witkowski* v. *Witkowski*, 271 App. Div. 901, affd. 297 N. Y. 626.) Appeal from order dated September 18, 1950, dismissed, without costs. Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ., concur.